IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Fatira D Elhadi    CHAPTER 13

CASE NO. 17-10375-SR

PNC Bank, National Association    **HEARING DATE: September 13, 2017**
       Movant    **TIME: 10:00am**
  vs.    **LOCATION:  Court Room # 4**
Fatira D Elhadi
       Debtor(s)
  and
Frederick L. Reigle, Esquire
       Trustee

RESPONDENTS

## ORDER MODIFYING AUTOMATIC STAY

     **AND NOW**, this _____ day of _____, 20_____, upon Motion of PNC Bank, National Association for Relief from Automatic Stay, it is

  **ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is modified with respect to premises:

      608 Ruskin Lane
      Yeadon, PA 19050

as to allow the Movant to take any legal action for enforcement of its right under state law and the loan documents.

The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

*(signed)* 9/13/17
_____
Bankruptcy Judge Stephen Raslavich

cc. Nicole LaBletta, Esquire
UDREN LAW OFFICES, P.C.
Woodcrest Corporate Center
111 Woodcrest Road, Suite 200
Cherry Hill, NJ  08003-3620

Frederick L. Reigle, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Fatira D Elhadi
608 Ruskin Lane
Lansdowne, PA 19050